**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **13–11929–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 4/26/13 and was converted to a case under chapter 7 on 8/13/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Fatih Emitoglu<br>2513 James Maury Drive<br>Herndon, VA 20171 | Claire L Simpson–Emiroglu<br>2513 James Maury Drive<br>Herndon, VA 20171 |
| Case Number:   13–11929–RGM<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–3076<br>xxx–xx–5386 |
| Attorney for Debtor(s) (name and address):<br>William Francis Markley<br>Markley Law Offices<br>1940 Duke Street, Suite 200<br>Alexandria, VA 22314<br>Telephone number:  (703) 414–0982 | Bankruptcy Trustee (name and address):<br>Kevin R. McCarthy<br>1751 Pinnacle Drive Suite 1115<br>McLean, VA 22102<br>Telephone number:  (703)770–9261 |

### Meeting of Creditors:
Date: **9/18/13**    Time: **12:00 PM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**11/18/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  August 14, 2013 |

## EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 13-11929-RGM
Fatih Emitoglu                                                          Chapter 7
Claire L Simpson-Emiroglu
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: voehle            Page 1 of 2               Date Rcvd: Aug 14, 2013
                              Form ID: B9A            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db/jdb         +Fatih Emitoglu,   Claire L Simpson-Emiroglu,    2513 James Maury Drive,   Herndon, VA 20171-4476
tr             +Kevin R. McCarthy,   1751 Pinnacle Drive Suite 1115,   McLean, VA 22102-3845
11762429        Capital One Retail Services,    PO Box 71106,   Charlotte, North Carolina 28272-1106
11762431       +Emiroglu Management Services, LLC,   2513 James Maury Drive,    Herndon, Virginia 20171-4476
11762432        MML Investor Services,   1295 State Street W 122,    Springfield, Massachusetts 01111-0001
11762433        MML Investors Services,   1295 State Street W 122,    Springfield, Massachusetts 01111-0001
11762434        SunTrust,   PO Box 791274,   Baltimore, Maryland 21279-1274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BASSASSOC.COM Aug 15 2013 02:03:00      Patti H. Bass,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
aty             E-mail/Text: attymarkley@hotmail.com Aug 15 2013 02:14:51      William Francis Markley,
                 Markley Law Offices,   1940 Duke Street, Suite 200,   Alexandria, VA  22314
cr             +EDI: BASSASSOC.COM Aug 15 2013 02:03:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
cr              EDI: RECOVERYCORP.COM Aug 15 2013 02:03:00      GE Capital Retail Bank c/o Recovery Management Sys,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
11762423        EDI: GMACFS.COM Aug 15 2013 02:03:00      Ally Financial,   Payment Processing Center,
                 PO Box 78234,   Phoenix, Arizona 85062-8234
11762424       +EDI: AMEREXPR.COM Aug 15 2013 02:03:00      American Express,   PO Box 650448,
                 Dallas, Texas 75265-0448
11762425        EDI: BANKAMER2.COM Aug 15 2013 02:03:00      Bank of America,   100 North Tryon St.,
                 Mailcode 1-007-18-01,   Charlotte, NC 28255-0001
11762428        EDI: BANKAMER.COM Aug 15 2013 02:03:00      Bank of America,   PO Box 15019,
                 Wilmington, Delaware 19886-5019
11762427        EDI: BANKAMER.COM Aug 15 2013 02:03:00      Bank of America,   PO Bo 15019,
                 Wilmington, Delaware 19886-5019
11786142       +EDI: BASSASSOC.COM Aug 15 2013 02:03:00      Capital One, N.A.,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
11762430        EDI: CHASE.COM Aug 15 2013 02:03:00      Chase,   PO Box 14298,   Wilmington, Delaware 19850-5298
11883871        EDI: RECOVERYCORP.COM Aug 15 2013 02:03:00      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11884078       +EDI: STF1.COM Aug 15 2013 02:03:00      SunTrust Bank,   Attn: Support Services,   P.O. Box 85092,
                 Richmond, VA 23286-0001
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11762426        Simi Valley, California 93062-5170
aty*           +Kevin R. McCarthy,   1751 Pinnacle Drive Suite 1115,   McLean, VA 22102-3845
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**          **Signature:**     *Joseph Speetjens*

```
District/off: 0422-9          User: voehle              Page 2 of 2              Date Rcvd: Aug 14, 2013
                              Form ID: B9A              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2013 at the address(es) listed below:
          Kevin R. McCarthy    krm@mccarthywhite.com,
           clm@mccarthywhite.com;dc07@ecfcbis.com;nolte@mccarthywhite.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          William Francis Markley    on behalf of Debtor Fatih  Emitoglu attymarkley@hotmail.com
          William Francis Markley    on behalf of Joint Debtor Claire L Simpson-Emiroglu
           attymarkley@hotmail.com
                                                                                                                                                  TOTAL: 4